UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
JOHANNES MORONTA,                                                     :
                                                                      :
                                    Plaintiff,                        :        26-CV-00852 (JAV)
                                                                      :
            -v-                                                       :        <u>ORDER</u>
                                                                      :
E&M LOGISTICS STAFFING INC., et al.,                                 :
                                                                      :
                                    Defendants.                       :
----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On May 7, 2026, the Court ordered Plaintiff's counsel to provide contemporaneous time records in support of his requested attorney's fees award by May 15, 2026. ECF No. 16. On May 15, 2026, Plaintiff's counsel filed a letter requesting clarification of the Court's order, in light of counsel's representation that "time records are generally not required" where an attorney seeks a standard one-third percentage fee of a settlement reached pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). ECF No. 17.

Although counsel cites several cases approving such a fee, including several before this Court, he misstates the law of this Circuit by assuming that the standard nature of those arrangements absolves counsel's duty to provide contemporaneous time records in support of the requested award. To the contrary, "[e]ven when the proposed fees do not exceed one third of the total settlement amount, courts in this circuit use the lodestar method as a cross check to ensure the reasonableness of attorneys' fees." *Santiago v. Agadjani*, No. 21-CV-7090 (KAM) (CLP), 2024 WL 4480106, at *5 (E.D.N.Y. Oct. 11, 2024) (cleaned up). The Second Circuit is unambiguous on this point. *See Fisher v. SD Prot. Inc.*, 948 F.3d 593, 600 (2d Cir. 2020) ("The fee applicant must submit adequate documentation supporting the requested attorneys' fees and

costs.") (citing *N.Y. State Ass'n for Retarded Children, Inc. v. Carey*, 711 F.2d 1136, 1154 (2d Cir. 1983)); *Scott v. City of New York*, 626 F.3d 130, 133 (2d Cir. 2010) ("[A]fter *Carey* there are few examples of this court permitting a district court to award fees in the absence of full contemporaneous records." (citing *Carey,* 711 F.2d 1136)); *McCann v. Coughlin*, 698 F.2d 112, 131 (2d Cir. 1983) ("Fee awards . . . must be made on the basis of adequate documentation.").

Accordingly, counsel is directed to provide contemporaneous time records in support of his requested award by May 22, 2026.

SO ORDERED.

Dated: May 18, 2026
     New York, New York

JEANNETTE A. VARGAS
United States District Judge

2